# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2020-0239, <u>Petition of Michael Connarn</u>, the court on April 28, 2021, issued the following order:**

Having reviewed the parties' notice of agreement in trial court and suggestion of mootness, we dismiss the petition as moot.

<u>Petition dismissed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**